# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, | ) ) ) | CASE NO. 4:18-CV-666 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) | ORDER |
| AIR VENT INC., | ) ) ) | |
| DEFENDANT/THIRD PARTY PLAINTIFF | ) ) | |
| vs. | ) ) ) | |
| GLAUS, PYLE, SCHOMER, BURNES & DEHAVEN INC., dba GPD Group, et al., | ) ) ) | |
| THIRD PARTY DEFENDANTS | ) ) | |

Counsel having advised the Court that the case has settled, this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before March 4, 2020.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: February 5, 2020

                                                 **HONORABLE SARA LIOI**
                                                 **UNITED STATES DISTRICT JUDGE**